

Sara J. Isaacson

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.738.9358
Fax:  212.444.1030
sara@lipskylowe.com

www.lipskylowe.com

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2020**

July 2, 2020

<u>VIA ECF</u>
The Honorable Alison J. Nathan, U.S.D.J.
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    <u>Sebastian Bland v. Billion Dollar Boy, Inc. and Permele Doyle;
              1:20-cv-3226 (AJN)</u>

Dear Judge Nathan:

      This firm represents the Defendants. We write, in accordance with Your Honor's Individual Practices in Civil Cases, Rule 1(D), to <u>respectfully request a 30-day extension of time to file a responsive pleading</u>, which is presently due July 6, 2020. This request, if granted, would not affect any other dates or deadlines, and this is Defendants' first request to extend this deadline. Plaintiff consents to this request.  **SO ORDERED.**

      The reason for the request is that Defendants hope to engage in early settlement discussions with Plaintiff, and require the additional 30 days to determine if an early resolution is possible.

      We thank the Court for its time and attention to this matter.

                           Respectfully submitted,
                            LIPSKY LOWE LLP


                            <u>s/ Sara J. Isaacson</u>
                            Sara J. Isaacson

cc:    Jonathan M. Sabin (via ECF)
        S. Reid Kahn (via ECF)

SO ORDERED.    7/8/20

*/s/ Alison J. Nathan/*

Alison J. Nathan, U.S.D.J.