UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2020
```

Sebastian Bland,

                    Plaintiff,

          –v–

Permele Doyle, *et al.*,

                    Defendants.

20-cv-3226 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

          In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person.  The Court is in receipt of the parties' joint letter and proposed case management plan.  The parties are hereby ordered to submit a letter advising the Court whether they can do without a conference.  The parties must advise the Court no later than August 25, 2020 if they can do without a conference.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  If not, the Court will hold the initial pretrial conference by telephone, albeit perhaps at a different time than the currently scheduled time.  To that end, if the parties would like to proceed with the conference, counsel should indicate in their letter all times on the date of the scheduled conference that they would be available for a telephone conference.  In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

          SO ORDERED.

Dated: August 21, 2020
          New York, New York

                    _____
                         ALISON J. NATHAN
                    United States District Judge

1