UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEBASTIAN BLAND,                                :

        Plaintiff,                              :

                                                      :      ORDER

   -against-

                                                      :      20-CV-3226 (AJN)(KNF)

PERMELE DOYLE and BILLION DOLLAR BOY,
                                                      :

        Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The settlement conference scheduled previously for January 14, 2021, at 2:30 p.m. is cancelled.

Dated: New York, New York                SO ORDERED:
       December 16, 2020

                                                     */s/ Kevin Nathaniel Fox*
                                         KEVIN NATHANIEL FOX
                                         UNITED STATES MAGISTRATE JUDGE